### Ralph JAFFE, Plaintiff—Appellant,

v.

### BALTIMORE COUNTY LIBRARY BOARD, Defendant—Appellee.

No. 09–1451.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

Ralph Jaffe, Appellant Pro Se. James Joseph Nolan, Jr., Baltimore County Office of Law, Towson, Maryland, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Jaffe appeals the district court's order granting the Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jaffe v. Baltimore County Library Bd.*, No. 1:08–cv01437–RDB (D.Md. March 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*